THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

IN TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit TOTEM ELECTRIC OF TACOMA, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a foreign insurance company; FIDELITY AND DEPOSIT COMPANY OF MARYLAND/ZURICH AMERICAN INSURANCE COMPANY, a foreign insurance company; and CONTINENTAL CASUALTY COMPANY, a foreign insurance company,<br><br>Defendants. | CASE NO: 3:18-cv-06047<br><br>JOINT STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS<br><br>Assigned to: Hon. Benjamin H. Settle |

/ / /

JOINT STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
TEL (206) 623-3427   FAX (206) 682-9234

Plaintiff, Defendant, and Cross-Defendant Totem Electric of Tacoma ("Totem"), Defendant Travelers Casualty and Surety Company of America ("Travelers"), Plaintiff, Defendant, and Cross-Claimant RQ Construction, LLC ("RQ"), Defendant Liberty Mutual Insurance Company ("Liberty"), Defendant Fidelity and Deposit Company of Maryland ("F&D"), Defendant Zurich and Deposit Company of Maryland ("Zurich"), Defendant Continental Casualty Company ("Continental"), and Plaintiff System Tech Washington, Inc. ("STI") hereby stipulate and agree through their attorneys to be bound by the terms and provisions of this Stipulation as follows:

## **RECITALS**

A. On December 26, 2018, The United States of America, for the use and Benefit of Totem commenced an action in the United States District Court Western District of Washington in Tacoma entitled *The United States of America, for the use and Benefit of Totem Electric of Tacoma, Inc. v. Liberty Mutual Insurance Company, et al.*, Case No. 3:18-cv-06047-BHS, wherein Liberty, F&D, Zurich, and Continental (collectively, "RQ's Co-Sureties") were named as defendants (the "Original Action").

B. On January 3, 2019, The United States of America, for the use and Benefit of STI commenced an action in the United States District Court Western District of Washington in Tacoma entitled *The United States of America, for the use and Benefit of System Tech Washington, Inc. and System Tech Washington, Inc. v. Totem Electric of Tacoma, Inc., et al.*, Case No. 3:19-cv-05006-BHS, wherein Totem, Travelers, RQ, and RQ's Co-Sureties were named as defendants ("Related Action No. 1").

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS — 2

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
TEL (206) 623-3427   FAX (206) 682-9234

C. On January 10, 2019, RQ commenced an action in the United States District Court Western District of Washington in Tacoma entitled *RQ Construction, LLC v. Totem Electric of Tacoma, Inc. and Travelers Casualty and Surety Company of America*, Case No. 3:19-cv-05031-BHS, wherein Totem and Travelers were named as defendants ("Related Action No. 2").

D. On January 18, 2019, Totem amended the Original Action by naming RQ as defendant and adding related causes of action against RQ.

E. On January 22, 2019, RQ filed a cross-claim against Totem and Travelers in Related Action No. 1.

F. The Original action, Related Action No. 1, and Related Action No. 2, collectively the "Actions," relate to the contract and Miller Act claims arising out of the construction of a certain facilities and buildings at Joint Base Lewis-McCord in Washington (the "Project"). RQ was the general contractor for the Project and Totem was subcontracted to perform certain electrical and low-voltage work for the Project. Totem subcontracted with STI to perform certain portions of the low-voltage telecommunications work. Travelers furnished payment and performance bonds for Totem's work and performance of the subcontract. RQ's Co-Sureties furnished payment bonds for the Project.

G. The consolidation of the Actions would streamline the issues, avoid unnecessary costs and delays, and advance the interest of judicial economy. Therefore, the Parties, without waiver of any Party's claims, rights or defenses, wish to consolidate the Actions into a single proceeding (the "Consolidated Action").

H. All Parties to the Actions are actively engaged in mediation negotiations and agree that additional time to engage in the mediation process would be beneficial. As such, the Parties agree that the chances of settlement would be promoted if Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f) and the related deadlines for the FRCP 26(f) Conference

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS 3

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
TEL (206) 623-3427  FAX (206) 682-9234

and Initial Disclosures pursuant to FRCP 26(a)(1) from the Original Action are maintained (Case 3:18-cv-06047, ECF No. 13).

I. All Parties to the Actions are represented in this Stipulation.

## **STIPULATION**

NOW THEREFORE, it is agreed and stipulated by the Parties, subject to the Court's approval, as follows:

1. The Actions are hereby consolidated for all purposes under Case No. 3:18-cv-06047-BHS.

2. All trials and other deadlines in Cases Nos. 3:19-cv-05006-BHS and 3:19-cv-05031-BHS are vacated.

DATE: March 6, 2019                Respectfully submitted,

                                              OLES MORRISON RINKER & BAKER LLP

By: s/ *J. Craig Rusk*
    J. Craig Rusk, WSBA 15872
By: s/ *Ashley J. Sherwood*
    Ashley J. Sherwood, WSBA 46885
    701 Pike Street, Suite 1700
    Seattle, Washington 98101-3930
    Telephone: (206) 623-3427
    Facsimile: (206) 682-6234
    Email: rusk@oles.com
           sherwood@oles.com
*Attorney for Plaintiff, Defendant, and Cross-Defendant Totem Electric of Tacoma, Inc.*

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS     4

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
TEL (206) 623-3427    FAX (206) 682-9234

| | | |
|---|---|---|
| 1 | DATE: March 6, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | HARRIGAN LEYH FARMER & THOMSEN LLP |
| 4 | | |
| 5 | | By: s/ *Timothy G. Leyh* |
| 6 | |     Timothy G. Leyh, WSBA #14853 |
| | |     999 Third Avenue, Suite 4400 |

DATE: March 6, 2019      Respectfully submitted,

HARRIGAN LEYH FARMER & THOMSEN LLP

By: s/ *Timothy G. Leyh*
   Timothy G. Leyh, WSBA #14853
   999 Third Avenue, Suite 4400
   Seattle, Washington 98104
   Telephone:(206) 623-1700
   Facsimile:(206) 623-8717
   Email: timl@harriganleyh.com
*Attorney for Defendant, Cross-Claimant, and Plaintiff RQ Construction, LLC; and Defendants Continental Casualty Company; Fidelity and Deposit Company of Maryland; Liberty Mutual Insurance Company; and Zurich and Deposit Company of Maryland*

DATE: March 6, 2019      Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: s/ *Jeffrey B. Baird*
   Jeffrey B. Baird, CSB #199280
   Scott P. Leimgruber, CSB #316354
   4747 Executive Drive – Suite 700
   San Diego, California 92121-3107
   Telephone: (858) 737-3100
   Facsimile: (858) 737-3101
   Email:   jbaird@ftblaw.com
             spleimgruber@ftblaw.com
*Attorney for Defendant, Cross-Claimant, and Plaintiff RQ Construction, LLC; and Defendants Continental Casualty Company; Fidelity and Deposit Company of Maryland; Liberty Mutual Insurance Company; and Zurich and Deposit Company of Maryland*

/ / / / /

/ / / / /

/ / / / /

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS     5

| | | |
|---|---|---|
| 1 | DATE: March 6, 2019 | WILLIAMS, KASTNER & GIBBS PLLC |
| 2 | | |
| 3 | | By: s/ *Todd W. Blischke* |
| | | Todd W. Blischke, WSBA #42474 |
| 4 | | By: s/ *Meredith E. Dishaw* |
| 5 | | Meredith E. Dishaw, WSBA #43206 |
| | | 601 Union Street, Suite 4100 |
| 6 | | Seattle, Washington 98101-2380 |
| | | Telephone: (206) 628-6600 |
| 7 | | Facsimile: (206) 628-6611 |
| 8 | | Email: blischke@williamskastner.com |
| | | mdishaw@williamskastner.com |
| 9 | | *Attorney for Defendant and Cross-Defendant Travelers Casualty and Surety Company of America* |
| 10 | | |
| 11 | | |
| | DATE: March 6, 2019 | AHLERS CRESSMAN & SLEIGHT PLLC |
| 12 | | |
| 13 | | By: s/ *Lindsay T. Watkins* |
| | | Lindsay T. Watkins, WSBA #43012 |
| 14 | | 999 3rd Avenue, #3800 |
| 15 | | Seattle, Washington 98104 |
| | | Telephone: (206) 287-9900 |
| 16 | | Facsimile: (206) 287-9902 |
| 17 | | Email: Lindsay.Watkins@acslawyers.com |
| | | *Attorney for Plaintiff System Tech Washington, Inc.* |
| 18 | | |

1631.029/3EJ2935.ceh

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS — 6

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 6th day of March 2019 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

| | |
|---|---|
| Lindsay T. Watkins, Esq.<br>Ahlers Cressman & Sleight PLLC<br>999 Third Avenue, Suite 3800<br>Seattle, Washington 98104<br>Telephone: (206) 287-9900<br>Facsimile: (206) 287-9902<br>Email: lindsay.watkins@acslawyers.com | ATTORNEYS FOR PLAINTIFF SYSTEM TECH WASHINGTON, INC. |
| Timothy G. Leyh, WSBA #14853<br>Harrigan Leyh Farmer & Thomsen LLP<br>999 Third Avenue, Suite 4400<br>Seattle, Washington 98104<br>Telephone: (206) 623-1700<br>Facsimile: (206) 623-8717<br>Email: timl@harriganleyh.com | ATTORNEYS FOR DEFENDANT, CROSS-CLAIMANT, AND PLAINTIFF RQ CONSTRUCTION, LLC; AND DEFENDANTS CONTINENTAL CASUALTY COMPANY; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; LIBERTY MUTUAL INSURANCE COMPANY; AND ZURICH AND DEPOSIT COMPANY OF MARYLAND |
| Jeffrey B. Baird, CSB #199280<br>Scott P. Leimgruber, CSB #316354<br>Finch, Thornton & Baird, LLP<br>4747 Executive Drive, Suite 700<br>San Diego, California 92121-3107<br>Telephone: (858) 737-3100<br>Facsimile: (858) 737-3101<br>Email: jbaird@ftblaw.com<br>spleimgruber@ftblaw.com | ATTORNEY FOR DEFENDANT, CROSS-CLAIMANT, AND PLAINTIFF RQ CONSTRUCTION, LLC; AND DEFENDANTS CONTINENTAL CASUALTY COMPANY; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; LIBERTY MUTUAL INSURANCE COMPANY; AND ZURICH AND DEPOSIT COMPANY OF MARYLAND |

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS — 7

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
TEL (206) 623-3427   FAX (206) 682-9234

Todd W. Blischke, WSBA #42474    ATTORNEYS FOR DEFENDANT
Meredith E. Dishaw, WSBA #43206    AND CROSS-DEFENDANT
Williams, Kastner & Gibbs PLLC    TRAVELERS CASUALTY AND
601 Union Street, Suite 4100    SURETY COMPANY OF AMERICA
Seattle, Washington 98101-2380
Telephone: (206) 628-6600
Facsimile: (206) 628-6611
Email: blischke@williamskastner.com
       mdishaw@williamskastner.com

DATED: March 13, 2019 in Seattle, Washington.

       s/ Catherine A. Trimbour
       Catherine A. Trimbour

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS — 8

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
TEL (206) 623-3427    FAX (206) 682-9234

# ORDER

The Court, having reviewed the foregoing Stipulation of the Parties, and good cause appearing therefore, IT IS ORDERED that, pursuant to Rule 42, the Parties' stipulation is adopted, and the following United States District Court Western District of Washington in Tacoma actions are consolidated for all purposes into one action:

1. *The United States of America, for the use and Benefit of Totem Electric of Tacoma, Inc. v. Liberty Mutual Insurance Company, et al.*, Case No. 3:18-cv-06047-BHS;

2. *The United States of America, for the use and Benefit of System Tech Washington, Inc. and System Tech Washington, Inc. v. Totem Electric of Tacoma, Inc., et al.*; Case No. 3:19-cv-05006-BHS; and

3. *RQ Construction, LLC v. Totem Electric of Tacoma, Inc. and Travelers Casualty and Surety Company of America*, Case No. 3:19-cv-05031-BHS;

IT IS FURTHER ORDERED that the Case No. 3:19-cv-05006-BHS and Case No. 3:19-cv-05031-BHS are hereby consolidated for all purposes under Case No. 3:18-cv-06047-BHS. All trials and other deadlines in Cases Nos. 3:19-cv-05006-BHS and 3:19-cv-05031-BHS are vacated.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER TO CONSOLIDATE RELATED ACTIONS
9

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
TEL (206) 623-3427   FAX (206) 682-9234